UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHEILA BRAND, | Case No. 3:12-cv-00544-MMD-WGC |
| Plaintiff, | ORDER |
| v. | |
| JPMORGAN CHASE BANK, N.A. | |
| Defendant. | |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge. No decision on the pending dispositive motion and other pending motions will be issued pending settlement.

DATED THIS 31st day of December 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE