UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHEILA BRAND,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.<br><br>　　　　　　　　　Defendant. | Case No. 3:12-cv-00544-MMD-WGC<br><br>ORDER |

Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered that the parties schedule a settlement conference with the Magistrate Judge. No decision on the pending dispositive motion and other pending motions will be issued pending settlement.

DATED THIS 31st day of December 2013.

_/s/ Miranda M. Du_
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE